# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 10, 2026

Lyle W. Cayce
Clerk

————————

No. 25-60206

————————

Nieger Price,

*Plaintiff—Appellant*,

*versus*

City of Natchez, Mississippi; Officer Jeremy Sherry, *individually and in his official capacity*; Former Chief Joseph Daughtry, Sr., *individually and in his official capacity*,

*Defendants—Appellees*.

————————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:23-CV-51

————————————————————————

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

On review of the briefs, the district court decision, and pertinent portions of the record, we find no reversible error of fact or law. The judgment of the district court is AFFIRMED.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.